In the Matter of Liz WW., Respondent, v Shakeria XX., Respondent, and Alvin YY., Appellant. (And Other Related Proceedings.)

Submitted June 1, 2015; decided July 1, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

In the Matter of Lucinda A. Administration for Children's Services, Respondent; Luba A., Appellant. (Proceeding No. 1.)

In the Matter of Manuel A., Respondent, v Luba A., Appellant. (Proceeding No. 2.)

Submitted June 1, 2015; decided July 1, 2015

Motion for reargument of motion for leave to appeal denied [see 25 NY3d 962 (2015)].

Diane Montagnino et al., Appellants, v Inamed Corporation et al., Defendants, and Alan R. Shons, M.D., Respondent.

Submitted May 11, 2015; decided July 1, 2015

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.